IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE:

ELLIOTT J. SCHUCHARDT

No. 3:18-MC-39-PLR-HBG

**FILED**
2019 DEC 16 A 8:08
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____ DEPT CLERK

## NOTICE OF APPEAL

Notice is hereby given that Elliott J. Schuchardt, the responding party in the above-captioned case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final order of the Honorable Pamela L. Reeves, entered in this case on December 10, 2019.

Dated: December 16, 2019

Respectfully submitted,

By: _____
Elliott Schuchardt
B.P.R. No. 027016

SCHUCHARDT LAW FIRM
6223 Highland Place Way, Suite 201
Knoxville, TN 37919
Phone: (865) 304-4374
E-mail: elliott016@gmail.com

*Appellant*

## CERTIFICATE OF SERVICE

I, Elliott Schuchardt, hereby certify that I served a true and correct copy of the foregoing notice of appeal on the following person on this 16th day of December 2019 by means of the Court's CM / ECF system:

Honorable Suzanne Bauknight

_____
Elliott J. Schuchardt